# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **BENN MCCURRY,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:23-CV-00725-RP-SH** |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY,** | § | |
| *Defendant* | § | |
| | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Substitute Counsel filed December 4, 2023 (Dkt. 14). The District Court referred this case to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the Court Docket Management Standing Order for United States District Judge Robert Pitman. Dkt. 2.

Because the Motion is unopposed, the Court **GRANTS** Defendant's Unopposed Motion to Substitute Counsel (Dkt. 14). The Court **ORDERS** that (1) Special Assistant United States Attorney Henry Ernest Velte, III, Social Security Administration, Office of the General Counsel, is substituted for Special Assistant United States Attorney Eric B. Tucker as Defendant's counsel of record; and (2) that Eric B. Tucker will be terminated from the record.

**SIGNED** on December 4, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1