# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BENN MCCURRY,** *Plaintiff* § § § | |
| **v.** § § § | **Case No. 1:23-CV-00725-RP-SH** |
| **COMMISSIONER OF SOCIAL SECURITY,** *Defendant* § § § § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), this action to review the final decision of the Commissioner of Social Security has been referred to this Magistrate Judge for review, report, and recommendation. While Defendant has filed a certified copy of the transcript of the administrative proceedings (Dkt. 12), it has not filed an Answer to the Complaint. Accordingly, the Court **ORDERS** Defendant to file an Answer by **December 18, 2023**.

**SIGNED** on December 11, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1