**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **BENN McCURRY,** *Plaintiff* § § § | |
| v. § § | Case No. 1:23-CV-00725-SH |
| **MARTIN O'MALLEY,** **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** *Defendant* § § § § § | |

## FINAL JUDGMENT

Before the Court is the above-styled and numbered cause. Plaintiff Benn McCurry filed this action seeking judicial review of the Social Security Commissioner's final administrative decision under 42 U.S.C. § 405(g). On this day, the Court issued an order affirming the Social Security Commissioner's decision denying Plaintiff's application for disability benefits. Accordingly, the Court issues this Final Judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** and this case is **CLOSED**.

**SIGNED** on March 7, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE